# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Randolph Blum

                Plaintiff,

V.

Spaha Capital Management LLC et al

                Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-CV-0248 MMD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Default Judgment is GRANTED. Judgment is entered against Defendants Spaha Capital Management LLC and John Van Clief in the amount of $300,000 plus accrued interest from the date of the judgment until paid.

July 31, 2012  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Eileen Sterba  
(By) Deputy Clerk